■ JOSEPH D'ANGELO, Appellant, v. WILMA CUNNINGHAM, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Monroe Trial Term for defendant for no cause of action in an automobile negligence action.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ A. SAM & SONS PRODUCE Co., INC., Appellant, v. SAMUEL CAMPESE et al., Respondents.— Orders affirmed, with $10 costs and disbursements. All concur. (Appeal from two orders of Chautauqua Special Term granting defendants' motion to open default judgment against them and allowing service of an answer. The second order amended the first order.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ DUAL PARKING METER COMPANY, Respondent, v. CITY OF LACKAWANNA, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term denying a motion by defendant to open a default and vacate a judgment.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ GABRIEL POLETTA, Appellant, v. WILLIAM P. PIOTTER et al., Respondents.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Monroe County Court for defendant for no cause of action in an automobile negligence action.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ GEORGE C. NEWTON, Appellant, v. HILDA E. LONG, Respondent.— Judgment and orders affirmed, without costs of these appeals to either party. All concur. (Appeal from a judgment of Livingston Trial Term for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial. Also appeal from two orders of Monroe Special Term each denying plaintiff's motion for a new trial pursuant to section 522 of the Civil Practice Act.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.